**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| CHAMBERS OF<br>CATHERINE C. BLAKE<br>UNITED STATES DISTRICT JUDGE | U.S. COURTHOUSE<br>101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-3220<br>Fax (410) 962-6836 |

December 10, 2024

MEMORANDUM

Re:   *United States v. Marquita McDaniel*
       Crim. No. CCB-14-0552

Dear Ms. Butler:

The Court is in receipt of your correspondence seeking that the Court grant you the ability to obtain a Maryland Wear and Carry License. (ECF No. 5.) This Court does not have the authority to grant you the ability to obtain a Maryland firearm license, and you must make any such application to the appropriate Maryland state agency.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Sincerely yours,


/s/

Catherine C. Blake
United States District Judge